# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARRIE GRADY, | ) |
| Plaintiff, | ) Case No. 2:13-cv-00710-APG-GWF |
| vs. | ) **ORDER** |
| GEICO GENERAL INSURANCE COMPANY, | ) |
| Defendant. | ) |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#4) dated April 25, 2013, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#4) no later than **June 17, 2013**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 5th day of June, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge